UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHEY SOLIMAN, (A#047-145-027),

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY,

Respondent.

No.  1:26-cv-02465-DAD-SCR

ORDER

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 along with a motion to appoint counsel.  ECF Nos. 1, 4.  Based on petitioner's motion to proceed in forma pauperis, ECF No. 2, the court hereby authorizes petitioner to proceed in forma pauperis without prepayment of the filing fee for this action.  See 28 U.S.C. § 1914.

In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  Therefore, the Court grants the pending motion for the appointment of counsel.  ECF No. 4; see 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  Professor Jacqueline Brown is hereby appointed to represent petitioner for the duration of the proceedings in this Court.  The Clerk of

1

Court shall update the docket to add Jacqueline Brown, University of San Francisco School of Law, Immigration & Deportation Defense Clinic, 2130 Fulton Street, San Francisco, CA 94117, 415-422-3330, jmbrown@usfca.edu, as counsel for petitioner.  The Clerk of the Court shall serve a copy of this order as well as the Court's April 2, 2026 screening order (ECF No. 6) on Jacqueline Brown, jmbrown@usfca.edu.

Based on the pending motion to lift the provision of the Court's April 2, 2026 prohibiting petitioner's transfer outside of this judicial district, counsel for petitioner is directed to file a response to the motion no later than April 16, 2026 by noon.  Respondent's reply thereto is due no later than April 16, 2026 by 5:00 p.m.

In light of the appointment of counsel, the Court sua sponte grants petitioner leave to file an amended § 2241 petition.  Counsel for petitioner may file a proposed deadline for submitting an amended § 2241 petition along with a proposed briefing schedule in this case by April 20, 2026.

Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner's motion to proceed in forma pauperis (ECF No. 2) is granted.

2.  Petitioner's motion for the appointment of counsel (ECF No. 4) is granted.

3.  The Court hereby appoints Jacqueline Brown, University of San Francisco School of Law, Immigration & Deportation Defense Clinic, 2130 Fulton Street, San Francisco, CA 94117, 415-422-3330, jmbrown@usfca.edu, as counsel for petitioner.

4.  The Clerk of the Court shall serve a copy of this order as well as the Court's April 2, 2026 screening order (ECF No. 6) on Jacqueline Brown, jmbrown@usfca.edu.

5.  Counsel for petitioner shall file a response to the pending motion to lift the stay (ECF No. 7) no later than **April 16, 2026 by noon.**

6.  Petitioner may also submit a proposed deadline for filing an amended § 2241 petition in this case as well as a briefing schedule on any amended petition by April 20, 2026.

////

////

////

2

7.  Respondent may file a reply to petitioner's response to the motion to lift the stay no later than **April 16, 2026 at 5:00 p.m.**

DATED: April 13, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

3