UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHEY SOLIMAN,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX
DETENTION FACILITY,

Respondent.

No.  1:26-cv-02465-DAD-SCR (HC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(Doc. Nos. 17, 21)

Petitioner is a federal immigration detainee proceeding through counsel with an amended petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 5, 2026, the assigned magistrate judge issued findings and recommendations recommending petitioner's petition be granted, that he be ordered immediately released, and the government be prohibited from effectuating petitioner's removal to Equatorial Guinea without providing petitioner an opportunity to challenge his removal to that country.  (Doc. No. 21 at 8.) Specifically, the magistrate judge concluded that the government's intention to remove petitioner to Equatorial Guinea without providing him with a meaningful opportunity to apply for withholding of removal and protection under the Convention Against Torture as to that country violates due process.  (*Id.* at 7–9.)  The magistrate judge further concluded that petitioner's post-removal detention was no longer authorized under 8 U.S.C. § 1231(a)(6) because the length of

1

petitioner's detention had exceeded the presumptively reasonable period of six months and his removal was not likely to occur in the reasonably foreseeable future. (*Id.* at 9–11.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 11–12.) On June 12, 2026, respondents filed objections to the findings and recommendations which comprise a single sentence stating that respondents object for the reasons stated in their prior briefing. (Doc. No. 22.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1.    The findings and recommendations issued on June 5, 2026 (Doc. No. 21) are ADOPTED IN FULL;

2.    Petitioner's first amended petition for writ of *habeas corpus* (Doc. No. 17) is GRANTED as follows:

    a.    Respondent is ORDERED to immediately release petitioner Mohey Soliman, A-File No. 047-145-027, on the same conditions of supervision he was subject to prior to his re-detention on or about October 9, 2025;

    b.    Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before a neutral adjudicator;

    c.    Respondent is ENJOINED and RESTRAINED from removing petitioner to a third country without notice and a meaningful opportunity to be heard in reopened removal proceedings with a hearing before an immigration judge;[1]

---

[1] *See Nguyen v. Scott*, 796 F. Supp. 3d 703, 727–35, 739 (W.D. Wash. 2025).

3.     The Clerk of the Court is directed to serve the Golden State Annex Detention Facility with a copy of this order; and

4.     The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:     **June 27, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3